**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN F. STREMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 01-890 |
| | ) | Chief U.S. Magistrate Judge |
| | ) | Caiazza[1] |
| v. | ) | |
| | ) | |
| R. JAMES NICHOLSON[2], | ) | |
| SECRETARY OF THE DEPARTMENT | ) | |
| OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Defendant's Motion to Preclude Evidence (Doc. 72) is
DENIED.  The Plaintiff may use his non-selection for the Surgical
Specialty Care Service Product Line Manager position in May 1997
as "background evidence" of his timely-filed claims.  *See, e.g.,*
Gaul v. ZEP Mfg. Co., 2004 WL 231298, *4 (E.D. Pa. Feb. 5, 2004)
("[A]n employee is not barred from using prior acts as background
evidence in support of a timely claim[.]") (citing National R.R.
Passenger Corp. v. Morgan, 536 U.S. 101, 113 (2002)).  The
Defendant's exhaustion argument is unpersuasive.  *See, e.g.,*
Holman v. Trammell Crow Co., 2005 WL 289936, *4 (E.D. Pa. Feb. 3,
2005) ("The Third Circuit Court has cautioned against reading a

---

[1]  On February 20, 2004, District Court Judge Arthur J. Schwab referred this
case to the undersigned, based on the parties' consent, "to conduct all
proceedings and order the entry of judgment in accordance with 28 U.S.C.
§636(c)and Fed.R.Civ.P. 73."  *See* Consent to Exercise of Jurisdiction by a
United States Magistrate Judge and Order of Reference (Doc. 41).

[2]  R. James Nicholson ("Nicholson") replaced Anthony Principi as Secretary of
the Department of Veterans Affairs on February 1, 2005.  Pursuant to Federal
Rule of Civil Procedure 25(d)(1), Nicholson is automatically substituted as
the Defendant in this action.

plaintiff's EEOC charge too narrowly . . . the scope of the
original charge should be liberally construed.") (citations and
internal quotations omitted).


August 24, 2005                         *Francis X. Caiazza*
                                        Francis X. Caiazza
                                        U.S. Magistrate Judge


cc:

Verdell Dean, Esq.
Allegheny Building
Suite 1609 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

James P. Ross, Esq.
20120 Route 19
Suite 208
Cranberry, PA 16066

Albert W. Schollaert, Esq.
Assistant United States Attorney
700 Grant Street, Suite 400
Pittsburgh, PA 15219

2